**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3317-WJM-BNB

MARCELLA SANCHEZ,

    Plaintiff,

v.

DENVER URGENT CARE, LLC

    Defendant.

---

**ORDER DIRECTING REASSIGNMENT**

---

    This matter is before the Court upon the filing of a Notice of Related Cases filed on January 6, 2014 (ECF No. 15).  The Notice of Related Cases indicates that the above-captioned action involves some of the same parties and operative facts as Civil Action 13-cv-1783-RM-KLM.  Pursuant to discussions with United States District Judge Raymond P. Moore, this Court finds that the interests of justice are best served and judicial economy is best preserved if the above captioned action is REASSIGNED to Judge Moore.

    As required by D.C.COLO.LCivR 40.1A, approval from Chief Judge Marcia S. Krieger has been obtained for the reassignment of this action to Judge Moore.

    It is therefore ORDERED that the above-captioned matter is REASSIGNED to Judge Moore for all purposes. All future filings in Civil Action 13-cv-3317-WJM-BNB shall be docketed under the case number 13-cv-3317-RM-BNB.

Dated this 22nd day of January, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge