IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 13-cv-03317-RM-BNB

MARCELLA SANCHEZ,

    Plaintiff,

v.

DENVER URGENT CARE, LLC,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice (ECF No. 29), each party to bear her or its own fees and costs.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear her or its own fees and costs.

    IT IS FURTHER ORDERED that the Trial Preparation Conference set for September 8, 2015 and the four-day Jury Trial set for October 5, 2015 are VACATED.

    Dated this 30th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge